# EXHIBIT C

6100.6160039/BGS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|                                        |     |                                  |
|----------------------------------------|-----|----------------------------------|
| JOHNNY WEBBER and DEBORA WEBBER,       | )   |                                  |
|                                        | )   |                                  |
|                 Plaintiffs,            | )   |                                  |
|                                        | )   |                                  |
|              v.                        | )   |                                  |
|                                        | )   | CASE NO.  1:16-cv-1169-TWP-DML   |
| ROGER BUTNER,                          | )   |                                  |
|                                        | )   |                                  |
|                 Defendant.             | )   |                                  |

## AFFIDAVIT OF FARHEEN S. KHAN, Ph.D.

I, Farheen S. Khan, swear being first duly sworn upon my oath, states as follows:

1.     I am over the age of eighteen (18) years of age and have personal knowledge of the facts as contained in this Affidavit.

2.     I am the Director of the Human Factors Group for Rimkus Consulting Group, Inc. and my area of expertise is in understanding risk perception, human error, and risk-taking behavior in product liability, workplace accidents, premises liability and transportation accidents.

3.     I have been retained on behalf of Mr. Butner to provide expert testimony concerning an evaluation of human factors issues related to the incident that occurred on April 18, 2014 that is the basis for this lawsuit.

4.     Relying on the depositions of Mr. Butner and Mr. Webber, the discovery responses in this case, and the photographs of the incident location and portions of the tree as well as my experience and research in human factors, I offered an opinion on whether Mr. Butner would have had sufficient time to prevent the incident from occurring.

5.     It is my opinion, based on all available information, that the height of the tree was

6100.6160039/BGS

between 40-50 feet, assuming that the subject branch was located below full height, between 30-45 feet, it would take the branch between 1.4 - 1.7 second to free fall to the ground. It is my opinion that even if Mr. Butner were looking up at the tree, knowing both form (branch) and location (subject tree) of expected stimulus, in the best case scenario if he was looking at the location where a branch was falling from, it would take Mr. Butner a minimum of 0.25 seconds to detect a falling branch. Once detected, Mr. Butner would have to identify the stimulus (i.e., a falling branch), determine its location of fall (determine whether it was falling on him or Mr. Webber), decide how to respond (determine what needed to be done), and initiate the chosen response (shout out a warning, step out of the way, or push Mr. Webber away), which would increase the total perception response time.

7.      It is my opinion that even if Mr. Butner was looking toward the tree, he would not have had sufficient time to prevent the incident from occurring in the 1.7 seconds window between the branch falling and striking Mr. Webber, assuming the branch was falling from a height of 45 feet.

Further your affiant sayeth naught.

I SWEAR UNDER PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

Farheen S Khan

Digitally signed by: Farheen S Khan
DN: CN = Farheen S Khan C = US
O' = IdenTrust ACES Business
Representative OU = RIMKUS
CONSULTING GROUP INC.
Date: 2017.05.11 15:46:38 -06'00'

Farheen S. Khan, Ph.D.