UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHNNY WEBBER and<br>DEBORA WEBBER,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ROGER BUTNER,<br><br>       Defendants. | CASE NO. 1:16-cv-01169-TWP-DML<br><br>District Judge<br>Hon. Tanya Walton Pratt<br><br>Magistrate Judge<br>Hon. Debra McVicker Lynch |

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
OF ORDER FROM FLORIDA TRIAL COURT**

Plaintiffs respectfully request that the Court take judicial notice of the January 30, 2017 Order on Plaintiff's Motion to Strike Defendant's Proposed Expert, Farheen S. Khan, Ph.D. issued in *Judge v. Tamiami Memorial Post No. 8118, Veterans of Foreign Wars of the United States Incorporated*, No. 2014 CA 001771 NC (12th Cir. Sarasota Cnty. Fla.) (the "Order"), which was cited and designated as Exhibit J to Plaintiffs' Response to Defendant's Motion for Summary Judgment and Brief in Support of Motion to Strike Affidavit of Farheen S. Khan, Ph.D. This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below.

**ARGUMENT**

This Court "may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b)(2). This Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." FED. R. EVID. 201(c)(2).

The Order is from a court that considered the opinions of Farheen S. Khan, Ph.D., and found many of them to be "pure opinions" which could not meet the standards of *Daubert*. Plaintiffs in this case also challenge the opinions of Dr. Khan also for, *inter alia*, being nothing more than her untestable assertions–i.e., "pure opinions."

"Applying Rule 201(b), federal courts routinely take judicial notice of papers filed in state court and of state court orders." *Vonheck v. Mortg. Elec. Registration, Inc.*, No. 12-CV-216-MMA(DHB), 2012 U.S. Dist. LEXIS 62216, at *2 n.1, 2012 WL 1571117 (S.D. Cal. May 3, 2012) (citations omitted); *see also Opoka v. I.N.S.*, 94 F.3d 392, 394 (7th Cir. 1996) ("Determinations to be judicially noticed include proceedings in other courts, both within and outside of the federal judicial system, if the proceedings have a direct relation to matters at issue.") (quotation marks omitted).

WHEREFORE, Plaintiffs respectfully request the Court take judicial notice of the Order on Plaintiff's Motion to Strike Defendant's Proposed Expert, Farheen S. Khan, Ph.D. issued in *Judge v. Tamiami Memorial Post No. 8118, Veterans of Foreign Wars of the United States Incorporated*, No. 2014 CA 001771 NC (12th Cir. Sarasota Cnty. Fla. Jan. 30, 2017) attached to Plaintiffs' Designation of Evidence in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiffs' Motion to Striek Affidavit of Farheen S. Khan, Ph.D., and for all other just and proper relief.

Respectfully Submitted,

*/s/ Colin E. Flora*
Eric S. Pavlack
Colin E. Flora
PAVLACK LAW, LLC
255 N. Alabama St., Ste. 301
Indianapolis, IN 46204

                                          (317) 251-1100  
                                        (317) 252-0352 *fax*  
                              *Eric@PavlackLawFirm.com*  
                             *Colin@PavlackLawFirm.com*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed with the Court's ECF system. Notice of this filing will be sent automatically by operation of the Court's system to all counsel of record.

                                          /s/ *Colin E. Flora*  
                                          Colin E. Flora