**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JOHNNY WEBBER, and | ) | |
| DEBORA WEBBER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:16-cv-01169-TWP-DML |
| v. | ) | |
| | ) | |
| ROGER BUTNER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON DEFENDANT'S MOTION IN *LIMINE*

This matter is before the Court on Defendant Roger Butner's Motion in *Limine* (Filing No. 53). The Plaintiffs, Johnny Webber and Debora Webber, filed a response noting that they have no objection to the Motion in *Limine* "[s]o long as each party is prohibited from engaging in the same conduct." (Filing No. 63 at 2.) The Court, having reviewed Defendant's Motion and Plaintiffs' Response, and otherwise being duly advised, hereby **GRANTS** the Motion in *Limine*.

**IT IS THEREFORE ORDERED** that no mention, comment, question, argument, or other reference whatsoever shall be made with regard to the following:

1. Lay testimony, on behalf of either party, regarding the diagnosis, prognosis, and necessity of medical treatment for the injuries allegedly sustained by Plaintiffs;

2. Testimony or evidence regarding settlement or the desire of the Plaintiffs or Defendant to settle and/or compromise rather than file suit or proceed to trial;

3. Testimony or evidence not previously disclosed by the Plaintiffs and requested by Defendant or that was not previously disclosed by the Defendant and requested by Plaintiffs;

4.  Testimony or argument that Defendant could have obtained a medical examination of either Plaintiff under Trial Rule 35;

5.  Testimony and opinions of expert witnesses not previously disclosed by either the Plaintiffs or Defendant;

6.  Testimony or argument that the Defendant filed a Motion in *Limine* in this matter.

The parties are further **ORDERED** to instruct and caution their clients and witnesses regarding this Order in *Limine*.

**SO ORDERED.**

Date: 1/3/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Eric S. Pavlack
PAVLACK LAW LLC
eric@pavlacklawfirm.com

Colin E. Flora
PAVLACK LAW, LLC
Colin@PavlackLawFirm.com

Benjamin G Stevenson
THRELKELD & ASSOCIATES
bstevenson@threlkeld-legal.com

W. Brent Threlkeld
THRELKELD & ASSOCIATES
brent@threlkeld-legal.com